OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Whitten, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

Columbus Bar Association v. Baer.
[Cite as Columbus Bar Assn. v. Baer (1993),    Ohio St.3d    .]
     (No. 91-2502 -- Submitted and decided January 20, 1993.)
     On Application for Reinstatement.
     This cause came on for further consideration upon the
filing of an application for reinstatement by respondent,
Christopher J. Baer, Attorney Registration No. 0010166.
     The court coming now to consider its order of June 17,
1992, suspending respondent, Christopher J. Baer, from the
practice of law in Ohio for a period of six months pursuant to
Gov.Bar R. V(7)(c) (now Rule V(6)[B]), finds that respondent
has substantially complied with that order and with the
provisions of Gov.Bar R. V(10)(A) (formerly Rule V[24]).
Therefore,
     IT IS ORDERED by the court that Christopher J. Baer be,
and hereby is, reinstated to the practice of law in the state
of Ohio.
     IT IS FURTHER ORDERED that the Clerk of this court issue
certified copies of this order as provided for in Gov.Bar R.
V(8)(D)(1).
     For earlier case, see (1992), 64 Ohio St.3d 32, 591 N.E.2d
1209.
     Moyer, C.J., A.W. Sweeney, Douglas, Wright,  Resnick, F.E.
Sweeney and Pfeifer, JJ., concur.